UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PRESSLEY, | CASE NO. CV 16-1796-RGK (PJW) |
| Petitioner, | [PROPOSED] ORDER DISMISSING SECOND OR SUCCESSIVE HABEAS CORPUS |
| v. | PETITION AND DENYING CERTIFICATE OF APPEALABILITY |
| STU SHERMAN, WARDEN, | |
| Respondent. | |

Before the Court is Petitioner's second attempt to challenge his 2011 state convictions for robbery, burglary, and possession of a firearm by a felon and resultant 45 years to life sentence. His first petition was denied on the merits in February 2014. (*Pressley v. Miller*, CV 13-1687-RGK (PJW), February 13, 2014 Order.) He thereafter filed an appeal. In October 2014, the Ninth Circuit Court of Appeals denied his request for a certificate of appealability. (*Pressley v. Miller*, No. 14-55569, October 21, 2014 Order.)

Absent authorization from the Ninth Circuit, Petitioner may not bring another habeas petition challenging his conviction and/or sentence in this court. *See* 28 U.S.C. § 2244; *see also Burton v. Stewart*, 549 U.S. 147, 157 (2007) (holding district court lacks jurisdiction to consider the merits of a second or successive petition

absent prior authorization from the circuit court). For this reason, the Petition is dismissed.

The Court further finds that Petitioner has not made a substantial showing of the denial of a constitutional right or that the court erred in its procedural ruling and, therefore, a certificate of appealability will not issue in this action. *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

IT IS SO ORDERED.

DATED: April 1, 2016

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented by:

PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\Ord dismissing Pet.wpd

2