JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PRESSLEY, | CASE NO. CV 16-1796-RGK (PJW) |
| Petitioner, | |
| v. | J U D G M E N T |
| STU SHERMAN, WARDEN, | |
| Respondent. | |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: April 1, 2016                     .

*/s/ Gary Klausner*

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\Judgment.wpd